# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| KIRSTEN HAYE, et al., | Case No. 1:20-cv-01810-DAD-JLT |
|---|---|
| Plaintiffs, | **ORDER DENYING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AS UNRIPE** |
| vs. | |
| IXIA HOLDINGS, LLC, et al, | (Doc. 5) |
| Defendants. | |

The parties have stipulated to allow the defendants to respond to the complaint within ten days after the Court rules on the motion to remand the matter to state court. However, there is no such motion on calendar. Thus, the stipulation is DENIED as unripe[1].

IT IS SO ORDERED.

Dated:   **December 30, 2020**          /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

---

[1] If a motion to remand is filed and the parties again file a stipulation to extend the responsive pleading, the stipulation SHALL demonstrate good cause for the delayed responsive pleading. At this time, the Court has no reason to believe that filing a responsive pleading should be delayed because the motion to remand does not impact whether a responsive pleading is needed.