# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTEN HAYE, et al., | Case No. 1:20-cv-01810 DAD JLT |
| Plaintiffs, | **ORDER DENYING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| IXIA HOLDINGS, LLC, et al, | (Doc. 11) |
| Defendants. | |

The parties have stipulated to allow the defendants to respond to the complaint within ten days after the Court rules on the motion to remand the matter to state court. They had filed a similar stipulation earlier (Doc. 5) and, in response, the Court denied the motion as unripe and ordered them to demonstrate good cause to extend the deadline, if the stipulation was again filed. (Doc. 6) Nevertheless, the parties have again filed the stipulation and conclude only that delaying the responsive pleading will conserve the parties and the Court's resources. (Doc. 11.)  However, they fail to provide any facts to support that conclusion.  No matter how the motion to remand is resolved, a responsive pleading is required. Allowing this stipulation would merely delay the case once the motion is decided.  Thus, the stipulation is DENIED.

IT IS SO ORDERED.

Dated:  **January 24, 2021**              /s/ Jennifer L. Thurston
                                                     UNITED STATES MAGISTRATE JUDGE