# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs Kirsten Haye, et al., <br><br> Plaintiffs, <br><br> v. <br><br> IXIA HOLDINGS, et al., <br><br> Defendants. | Case No. 1:20-cv-01810-DAD-JLT <br><br> **[PROPOSED] ORDER ON STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE AND FOR DATE FOR SUBMISSION OF THE JOINT SCHEDULING REPORT** <br><br> **(Doc. 24)** |

Based upon the stipulation of the parties, the Court CONTINUES the mandatory scheduling conference to June 7, 2021 at 8:30 a.m. The Joint Scheduling Report shall be submitted one week prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated: __March 3, 2021__                    /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE