**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIRSTEN HAYE, et al., | Case No. 1:20-cv-01810-DAD-JLT |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING FURTHER STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE AND FOR DATE FOR SUBMISSION OF THE JOINT SCHEDULING REPORT |
| vs. | |
| IXIA HOLDINGS, LLC dba BISHOP CARE CENTER, INC., et al., | |
| Defendants. | (Doc. 27) |

Based upon the stipulation of the parties (Doc. 27), the Mandatory Scheduling Conference is CONTINUED to November 29, 2021.  The parties SHALL file the Joint Scheduling Report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:   **August 6, 2021**                    **/s/ Jennifer L. Thurston**
                                CHIEF UNITED STATES MAGISTRATE JUDGE